# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**STRIKE 3 HOLDINGS, LLC,**

    **Plaintiff,**

v.                                     Case No:   6:19-cv-609-Orl-31DCI

**JOHN DOE SUBSCRIBER
ASSIGNED IP ADDRESS
99.101.168.108,**

    **Defendant.**

## ORDER OF DISMISSAL WITH PREJUDICE

Upon consideration of the Plaintiff's Notice of Voluntary Dismissal with Prejudice (Doc. 11), and pursuant to Fed. R. Civ. P. 41(a), it is hereby

**ORDERED** that Plaintiff's claims in this action against Defendant John Doe, subscriber assigned IP address 99.101.168.108 are dismissed with prejudice, each party to bear its own fees and costs.   Any pending motions are **DENIED** as moot.   The Clerk is directed to close this file.

**DONE** and **ORDERED** in Chambers in Orlando, Florida on June 28, 2019.



GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties